## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| WILLIAM M. YOUNG, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:11-CV-794 NAB |
| RIGHT AT HOME OF ST. LOUIS, | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Appointment of Pro Bono Neutral and Waiver of Plaintiff's Share of Neutral's Fee is **GRANTED**.  [Doc. 30]

**IT IS FURTHER ORDERED** that pursuant to Local Rule 6.03(C)(2), Robert E. Jones of Curtis, Heinz, Garret & O'Keefe, P.C. is appointed as the pro bono neutral for the Alternative Dispute Resolution Conference previously ordered in this matter.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 6.03(C)(2), Plaintiff's entire pro rata share of the pro bono neutral's fee is **WAIVED**.

Dated this 16th day of February, 2011.

/s/ Nannette A. Baker

NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE